UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

In the Matter of Actions Filed by
Strike 3 Holdings, LLC

CASE NO. 8:19-mc-41-T-23

**OMNIBUS ORDER**

Strike 3 Holdings, LLC sues "John Doe" defendants in more than fifty copyright-infringement actions. To promote the consistent and efficient resolution of discovery motions and other pre-trial matters, the Clerk is directed to re-assign each division's pending cases to the magistrate judge assigned the first-filed case in the division. The presiding district judge remains the same.

ORDERED in Tampa, Florida, on _April 10th_, 2019.

_____
STEVEN D. MERRYDAY
CHIEF UNITED STATES DISTRICT JUDGE